## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ORACLE ELEVATOR HOLDCO, INC. | * | |
| *Plaintiff*. | * | Civil Action No.: 4:19-cv-04658 |
| v. | * | |
| EXODUS SOLUTIONS, LLC, *et al.* | * | |
| *Defendants.* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \*

**CORPORATE DISCLOSURE STATEMENT OF ORACLE ELEVATOR HOLDCO, INC.**

Plaintiff, Oracle Elevator Holdco, Inc. ("Oracle"), by undersigned counsel and pursuant to Fed. R. Civ. P. 7.1 and Paragraph 2 of the Court's Order for Conference and Disclosure of Interested Parties (ECF No. 2), certifies as follows:

1. Oracle Elevator Holdings, LLC is the parent entity of Oracle Elevator Holdco, Inc., and is the sole owner of Oracle Elevator Holdco, Inc.

2. The following entity may have a financial interest in the outcome of this litigation: Oracle Elevator Holdings, LLC.

      Respectfully submitted,

      **ROSENTHAL PAUERSTEIN SANDOLOSKI AGATHER LLP**

By: /s/ Stephen K. Lecholop II
Stephen K. Lecholop II
State Bar No. 24070119
S.D. Texas No. 1104713
755 East Mulberry, Suite 200
San Antonio, Texas 78212
(210) 244-8836 – Telephone
(210) 244-8936 – Facsimile
slecholop@rpsalaw.com

ATTORNEY-IN-CHARGE FOR
DEFENDANT ORACLE ELEVATOR
HOLDCO, INC.

OF COUNSEL:

J. Garrett Wozniak (*pro hac vice* application forthcoming)
Md. Bar (Client Protection Fund) No. 1312190336
D. Md. No. 18919
Vincent P. Jackson (*pro hac vice* application forthcoming)
Md. Bar (Client Protection Fund) No. 1312180035
D. Md. No. 20878
Kollman & Saucier, P.A.
The Business Law Building
1823 York Road
Timonium, MD 21093
410-727-4300 – Telephone
410-727-4391 – Facsimile
gwozniak@kollmanlaw.com
vjackson@kollmanlaw.com

ATTORNEYS FOR DEFENDANT
ORACLE ELEVATOR HOLDCO, INC.

## CERTIFICATE OF SERVICE

On this 13th day of December, 2019, a true and correct copy of the foregoing was served in accordance with the Federal Rules of Civil Procedures and the Local Rules of the United States District Court for the Southern District of Texas and through the Court's ECF document filing system upon the following parties:

Wilson T. Baker
WILTON T. BAKER, PLLC
1920 Nacodoches Rd., Suite 100
San Antonio, Texas 78209
wilson@wilsontbaker.com

*/s/ Stephen K. Lecholop II*
Stephen K. Lecholop II

658374.1