**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **ORACLE ELEVATOR HOLDCO, INC.,** § | |
| § | |
| **Plaintiff,** § | |
| v. § | **CIVIL ACTION NO.** |
| § | **4:19-CV-04658** |
| **EXODUS SOLUTIONS, LLC, SARAH** § | |
| **LUXEMBURG, JULIA AVELLA,** § | |
| **DAVID LUXEMBURG, JOSE ALEX** § | |
| **RIVERA, ANTHONY AVELLA,** § | |
| **SHAWN AVELLA, SHAUN HICKS, and** § | |
| **JOSE CHAVEZ,** § | |
| § | |
| **Defendants.** § | |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

Now comes Malinda A. Gaul, Attorney for Defendants David Luxemburg and Shaun Hicks, in accordance with the Order to Disclose Interested Persons and certifies that this is the list of persons and entities that are financially interested in the outcome of this litigation:

1. Sarah Luxemburg, Defendant

2. Julia Avella, Defendant

3. Jose Alex Rivera, Defendant

4. Anthony Avella, Defendant

5. Shawn Avella, Defendant

6. Jose Chavez, Defendant

7. David Luxemburg, Defendant

8. Shaun Hicks, Defendant

9. Exodus Solutions, LLC, Defendant

10. Oracle Elevator Holdco, Inc., Plaintiff

11. Oracle Elevator Holdings, LLC, parent entity of Plaintiff

12. Rosenthal Pauerstein Sandoloski Agather LLP, Attorneys for Plaintiff

13. Stephen K. Lecholop II, Rosenthal Pauerstein Sandoloski Agather LLP, Attorney for Plaintiff

14. Kollman & Saucier, P.A., Attorneys for Plaintiff

15. J. Garrett Wozniak, Kollman & Saucier, P.A., Attorney for Plaintiff

16. Vincent P. Jackson, Kollman & Saucier, P.A., Attorney for Plaintiff

17. Wilson T. Baker, PLLC, Attorneys for Defendants Sarah Luxemburg, Julia Avella, Jose Alex Rivera, Anthony Avella, Shawn Avella, and Jose Chavez

18. Wilson T. Baker, Wilson T. Baker, PLLC, Attorney for Defendants Sarah Luxemburg, Julia Avella, Jose Alex Rivera, Anthony Avella, Shawn Avella, and Jose Chavez

19. Gaul and Dumont, Attorneys for Defendants David Luxemburg and Shaun Hicks

20. Malinda A. Gaul, Gaul and Dumont, Attorney for Defendants David Luxemburg and Shaun Hicks

    Respectfully submitted,

    */s/ Malinda A. Gaul*
    **Malinda A. Gaul**
    State Bar No. 08239800
    **GAUL AND DUMONT**
    315 E. Euclid Avenue
    San Antonio, Texas 78212
    (210) 225-0685 (Telephone)
    (210) 595-8340 (Fax)
    malindag@swbell.net
    *Attorney-in-Charge*
    *for Defendants David Luxemburg*
    *and Shaun Hicks*

## **CERTIFICATE OF SERVICE**

I hereby certify on the 4th day of March, 2020, I electronically filed the above and foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Stephen K. Lecholop II
ROSENTHAL PAUERSTEIN SANDOLOSKI AGATHER LLP
755 East Mulberry, Suite 200
San Antonio, Texas 78212

J. Garrett Wozniak
Vincent P. Jackson
KOLLMAN & SAUCIER, P.A.
1823 York Road
Timonium, Maryland 21093

Wilson T. Baker
WILSON T. BAKER, PLLC
1920 Nacogdoches Road, Suite 100
San Antonio, Texas 78209

*/s/ Malinda A. Gaul*_____
**Malinda A. Gaul**