United States District Court
Southern District of Texas
**ENTERED**
June 02, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ORACLE ELEVATOR HOLDCO, INC., | § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-4658 |
| | § § | |
| EXODUS SOLUTIONS, LLC, *et al*, | § § | |
| Defendants. | § § | |

### ORDER

A bench trial is currently set to begin on July 6, 2021, in the present case. In anticipation of that trial, the Court orders the parties to submit their proposed findings of fact and conclusions of law by June 29, 2021.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 2nd day of June, 2021.

Keith P. Ellison
United States District Court Judge